IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CONSTITUTIONAL CONCEPTS FOUNDATION et al.,<br><br>        Plaintiffs,<br><br><br>vs.<br><br><br>BRIDGELINE CAPITAL et al.<br><br>        Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br><br>Case No. 2:07-CV-641<br>Judge Dee Benson |

　　　　Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on May 19, 2009, recommending that this case be dismissed, without prejudice, for failure to prosecute and for failure to provide the court with the requisite proof of service to show that the summons and complaint have been served on each of the Defendants. See Fed.R.Civ.P. 4(m)

　　　　The parties were notified of their right to file objections to the Report and Recommendation within ten (10) days after receiving it.  Neither party has filed such an objection.

　　　　Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and

Recommendation and DISMISSES Plaintiffs' Complaint, without prejudice.

IT IS SO ORDERED.

Dated this 29th day of June, 2009.

_____
Dee Benson
United States District Judge